IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EZELL BROWN, by and through his**        **PLAINTIFF**
**Conservatrix Sheakenia Brown**

**V.**        **NO. 4:15-CV-00105-DMB-JMV**

**RULEVILLE NURSING AND**
**REHABILITATION CENTER, LLC**        **DEFENDANT**

## ORDER OF DISMISSAL

In consideration of the joint stipulation of dismissal [26] filed on February 29, 2016, this matter is fully and finally **DISMISSED without prejudice.**

SO ORDERED, this 15th day of March, 2016.

       **/s/ Debra M. Brown**
       **UNITED STATES DISTRICT JUDGE**